| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lynch, Sandra L | 2. Court or Organization<br><br>U.S. Court of Appeals, 1st Cir | 3. Date of Report<br><br>05/31/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial     ☒ Annual     ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>1 Courthouse Way, Suite 8710<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE FINANCIAL   JUN 7   11 44 AM '06   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/31/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Professional Corporation, Law Practice |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/31/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/31/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Mass Muni MM | C | Dividend | M | T | | | | | |
| 2. Bank of America | A | Interest | L | T | | | | | |
| 3. Fidelity Traditional IRA | A | Dividend | M | T | | | | | |
| 4. - Fidelity Disciplined Equity | | | | | | | | | |
| 5. - Fidelity Core Cash | | | | | | | | | |
| 6. Fidelity Investments Core Cash | B | Interest | N | T | | | | | |
| 7. ABA Members Retirement Plan | A | Dividend | L | T | | | | | |
| 8. - Scudder Growth & Income Cl S | | | | | sell | 09/26 | K | C | |
| 9. - Scudder Large Cap Value Cl S | | | | | sell | 09/26 | J | B | |
| 10. - Scudder Securities Tr Development S | | | | | sell | 09/26 | K | C | |
| 11. - Stable Asset Return Fund | | | | | buy | 10/21 | L | | |
| 12. TA IRA 1 (See note in section VIII) | D | Dividend | M | T | | | | | |
| 13. - Advest Automated Cash Mgmt Tr | | | | | transfer out | 11/02 | L | | |
| 14. - Parametric Tech Corp | | | | | | | . | | |
| 15. - Add Venture Assoc II LP | | | | | | | | | |
| 16. - GM Acc Cp 6.12% 2008 | | | | | sell | 5/3 | M | | |
| 17. - Federal Home Loan Bk 4% 2010 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Federated Auto Cash | | | | | transfer in | 11/02 | J | | |
| 19. - Federated Auto Cash | | | | | transfer out | 12/30 | J | | |
| 20. - Bear Stearns TempFund Cash | | | | | transfer in | 12/30 | J | | |
| 21. - Pimco Real Return Fund Cl C | | | | | buy | 05/03 | L | | |
| 22. - Discover Bank CDs | | | | | open | 04/15 | L | | |
| 23. -Franklin CDs | | | | | open | 04/15 | L | | |
| 24. -Franklin CDs | | | | | closed | 10/15 | L | | |
| 25. TA IRA 2 | E | Dividend | P1 | T | | | | | |
| 26. - Advest Automated Cash Mgmt Tr | | | | | transferred | 12/30 | M | | |
| 27. - Johnson & Johnson | | | | | | | | | |
| 28. - Medtronic Inc. | | | | | | | | | |
| 29. - Pepsico Inc | | | | | | | | | |
| 30. - Amgen Inc | | | | | | | | | |
| 31. - General Growth Properties | | | | | | | | | |
| 32. - Kinder Morgan Mgmt LLC | | | | | partial sell | 04/01 | K | D | |
| 33. - Renaisance Holdings Ltd | | | | | sell | 09/02 | L | E | |
| 34. - Varian Medical Sys Inc | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - UnitedHealth Grp Inc | | | | | partial sell | 04/13 | K | E | |
| 36. - Genzyme Corp | | | | | | | | | |
| 37. - Gilead Sciences Inc | | | | | | | | | |
| 38. - Apache Corp | | | | | | | | | |
| 39. - Amercian Express Co | | | | | | | | | |
| 40. - Ebay Inc | | | | | | | | | |
| 41. - Praxair Inc | | | | | | | | | |
| 42. - Analog Devices Inc | | | | | | | | | |
| 43. - America Movil S A | | | | | | | | | |
| 44. - Inco Ltd | | | | | | | | | |
| 45. - Compania Vale Do Rio | | | | | | | | | |
| 46. - Intel Corp | | | | | | | | | |
| 47. - Chesapeak Energy Corp | | | | | | | | | |
| 48. - Caterpillar Inc | | | | | | | | | |
| 49. - United Technologies Corp | | | | | | | | | |
| 50. - Tyco Intl Ltd New | | | | | | | | | |
| 51. - Zimmer Hldgs Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Allergan Inc | | | | | | | | | |
| 53. - Avon Products Inc | | | | | | | | | |
| 54. - Coach Inc | | | | | | | | | |
| 55. - Devon Energy Corp | | | | | | | | | |
| 56. - Diageo PLC New | | | | | | | | | |
| 57. - EOG Resources Inc | | | | | | | | | |
| 58. - Freeport McMoran Copper & Gold CLB | | | | | | | | | |
| 59. - Goldman Sachs Group Inc | | | | | | | | | |
| 60. - Istar Financial Inc | | | | | | | | | |
| 61. - Int'l Game Technology AO | | | | | | | | | |
| 62. - Petsmart Inc | | | | | | | | | |
| 63. - Rio Tinto PLC | | | | | | | | | |
| 64. - Smith Int'l Inc Del | | | | | | | | | |
| 65. - Teva Pharmaceutical Industries PLC | | | | | | | | | |
| 66. - Ameriprise Financial Inc (American Express Financial) | | | | | spinoff | 09/30 | J | | |
| 67. - EMC Corp Mass | | | | | buy | 10/14 | L | | |
| 68. - Symantec Corp | | | | | buy | 10/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Bear Stearns TempFund | | | | | buy | 12/30 | M | | |
| 70. IRA ROLLOVER ACCOUNT | E | Dividend | P1 | T | | | | | |
| 71. - Fidelity Advisor Equity Growth C | | | | | partial sell | 04/06 | K | A | |
| 72. - Fidelity Advisor Equity Income | | | | | partial sell | 04/06 | K | A | |
| 73. - Fidelity Advisor Growth Opportunities | | | | | partial sell | 04/06 | J | A | |
| 74. - Fidelity New Millenium | | | | | partial sell | 04/06 | J | | |
| 75. - Fidelity Low Priced Stock | | | | | | | | | |
| 76. - Fidelity Dividend Growth | | | | | partial sell | 04/06 | K | A | |
| 77. - Fidelity Capital and Income | | | | | partial sell | 02/17 | J | A | |
| 78. - Spartan Invest Grade Bond | | | | | partial sell | 02/15 | J | | |
| 79. - Spartan Invest Grade Bond | | | | | partial sell | 05/17 | J | | |
| 80. - Spartan Invest Grade Bond | | | | | partial sell | 08/23 | J | | |
| 81. - Spartan Invest Grade Bond | | | | | partial sell | 11/15 | J | | |
| 82. - Fidelity Int'l Discovery | | | | | add'l buy | 02/17 | J | | |
| 83. - Fidelity Int'l Discovery | | | | | add'l buy | 04/06 | J | | |
| 84. - Fidelity Diversified Int'l | | | | | add'l buy | 02/17 | J | | |
| 85. - Fidelity Diversified Int'l | | | | | add'l buy | 04/06 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Fidelity Aggressive Int'l | | | | | partial sell | 02/17 | J | A | |
| 87. - Fidelity Capital Appreciation | | | | | | | | | |
| 88. - Fidelity Contrafund | | | | | | | | | |
| 89. - Fidelity Structured Large Cap Value | | | | | add'l buy | 04/06 | J | | |
| 90. - Fidelity Blue Chip Growth | | | | | add'l buy | 02/17 | J | | |
| 91. - Fidelity Blue Chip Growth | | | | | partial sell | 04/06 | J | | |
| 92. - Fidelity Advisor Strategic Inc CL I | | | | | | | | | |
| 93. - Fidelity High Income | | | | | | | | | |
| 94. - Fidelity Inflation Protected Bond | | | | | partial sell | 04/08 | J | | |
| 95. - Fidelity Ultra-Short Bond | | | | | add'l buy | 02/17 | J | | |
| 96. - Fidelity Ultra-Short Bond | | | | | add'l buy | 04/06 | J | | |
| 97. - Fidelity Ultra-Short Bond | | | | | partial sell | 08/16 | J | | |
| 98. - Fidelity Total Bond | | | | | | | | | |
| 99. - Fidelity Advisor Mid Cap II | | | | | buy | 4/06 | K | | |
| 100. - Spartan 500 Index | | | | | buy | 04/06 | K | | |
| 101. - Spartan 500 Index | | | | | convert from | 10/14 | K | | |
| 102. - Spartan 500 Index FID Advantage | | | | | convert to | 10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Fidelity Real Estate Investment | | | | | buy | 08/16 | J | | |
| 104. - Fidelity Export & Multinational Fd | | | | | buy | 04/06 | K | | |
| 105. Esplanade Capital Ptnrs I LLC (See note section VIII) | E | Dividend | N | U | | | | | |
| 106. Brokerage Account 2005 | A | Interest | L | T | | | | | |
| 107. - Bear Stearns Cash | | | | | transfer | 12/28 | L | | |
| 108. - Discover Bank CDs | | | | | open | 11/02 | K | | |
| 109. - Federated Mass Muni Cash Trust | | | | | buy | 11/03 | L | | |
| 110. - Federated Mass Muni Cash Tr | | | | | sell | 12/28 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/31/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Investment limited partnership income whether passive or nonpassive is disclosed as "dividend" income.

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII, TA IRA 1 - This account holds certain nonpublicly traded limited partnership interests. There is no established market value for these partnerships and accordingly no value is indicated. Income consists of interest, dividends, and flow-through capital gains.

Part VII - Esplanade Capital Ptnrs I LLC is a non-publicly traded LLC.

Part VII - Custodian Account No. 1 and 91 Trust in prior year reports are no longer required to be disclosed.

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/31/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____6/6/06____

NOTE: ANY INDIVIDU̶~~~~~~~~~~~~~~~~~~~~~~~FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

```
FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544
```